# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW MEXICO

ROLF ERIK CARLSON,

     Plaintiff,

v.                                        Civ. No. 17-784 RB/GJF

UNITED STATES DEPARTMENT
OF ENERGY,

     Defendant.

## <u>ORDER GRANTING MOTION TO SEAL</u>

THIS MATTER comes before the Court on Plaintiff's "Motion to File Under Seal Pages 12-16 of Document 1" ("Motion"). ECF No. 27. Therein, Plaintiff explains that pages twelve through sixteen of his Complaint "contain sensitive information submitted to Plaintiff by the Defendant and either are from Plaintiff's [Department of Energy] Personnel Security File (PSF) . . . . or reference information in Plaintiff's PSF." Pl.'s Mot. 1, ECF No. 27. Furthermore, Plaintiff states that Defendant does not oppose his Motion. *Id.* Recognizing this, and having otherwise reviewed the record, the Court finds the Motion to be well taken and will **GRANT** it.

**IT IS THEREFORE ORDERED** that pages twelve (12) through sixteen (16) of Plaintiff's Complaint [ECF No. 1] in the above-referenced case shall be permanently sealed. Access to these pages shall be limited to the Court and the case participants only.

**IT IS SO ORDERED**.

 

THE HONORABLE GREGORY J. FOURATT
UNITED STATES MAGISTRATE JUDGE