UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

ROLF ERIK CARLSON,

    Plaintiff,

v.                                                     Civ. No. 17-784 RB/GJF

UNITED STATES DEPARTMENT
OF ENERGY,

    Defendant.

**ORDER DENYING MOTION
TO FILE CRIME TIP UNDER SEAL**

THIS MATTER comes before the Court on Plaintiff's "Ex Parte Motion to File Under Seal Crime Tip" ("Motion"). ECF No. 28. Therein, Plaintiff asks this Court to seal a crime tip purportedly submitted to the U.S. Department of Justice concerning conspiracies to defraud government agencies. Pl.'s Mot. 1, ECF No. 28. Plaintiff gives no justification or authority for filing the Motion ex parte, nor does he offer any justification or authority for sealing a document allegedly in the possession of an executive agency of the federal government.

Therefore, having presented the Court with no facts or authority justifying the relief that he seeks, the Court must **DENY** Plaintiff's Motion.

**IT IS SO ORDERED**.

_____
THE HONORABLE GREGORY J. FOURATT
UNITED STATES MAGISTRATE JUDGE